# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAKETRA MURRAY,
        Appellant,

vs.

NELSON "NICK" CARTER,
        Respondent.

No. 74417

**FILED**

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order entering judgment pursuant to a jury verdict and awarding fees and costs. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

When our preliminary review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it was not clear whether the district court had entered a final judgment appealable under NRAP 3A(b)(1) because the claims against Dorothy Jones appeared to remain outstanding. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). We cautioned appellant that failure to demonstrate that this court has jurisdiction may result in the dismissal of the appeal. To date, appellant has not filed a response or otherwise communicated with this court. Accordingly, appellant fails to demonstrate that this court has jurisdiction, *see Moran v. Bonneville Square Assocs.*, 117 Nev. 525, 527, 25 P.3d 898, 899 (2001) (stating that "the burden rests squarely upon the shoulders of a party

18 - 25644

seeking to invoke our jurisdiction to establish, to our satisfaction, that this court does in fact have jurisdiction"), and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.        _____Stiglich_____, J.
Parraguirre                          Stiglich


cc:     Hon. Nancy L. Allf, District Judge
        Persi J. Mishel, Settlement Judge
        EAD Law Group LLC
        Parry & Pfau
        Eighth District Court Clerk